1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                        EASTERN DIVISION

11  JAMAL TYRON RHONE,                )
                                      )
12                    Petitioner,     )   No. EDCV 10-1682 SJO (AJW)
                                      )
13            v.                      )
                                      )   ORDER ADOPTING REPORT AND
14  F. GONZALEZ, WARDEN,              )   RECOMMENDATION OF
                                      )   MAGISTRATE JUDGE
15                 Respondent.        )
    _____   )
16

17       The Court has reviewed the entire record in this action, the

18  Report and Recommendation of Magistrate Judge ("Report"), and

19  petitioner's objections. The Court concurs with and adopts the

20  findings of fact, conclusions of law, and recommendations contained in

21  the Report after having made a de novo determination of the portions

22  to which objections were directed.

23       DATED: _July 7, 2011___

24                                         S. James Otero

25                                    _____

26                                    S. James Otero
                                      United States District Judge
27

28