UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| JAMAL TYRON RHONE, | ) | Case No. EDCV 10-1682-SJO(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| F. GONZALEZ, Warden, | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: July 7, 2011

_____
S. James Otero
United States District Judge